

# MANDATE

## The Fifteenth Court of Appeals

THE STATE OF TEXAS

TO THE 353RD DISTRICT COURT OF TRAVIS COUNTY, GREETINGS:

On March 20, 2025, the Court of Appeals for the Fifteenth District of Texas considered the appeal in the following case:

Richard A. Hyde, P.E., in his Official Capacity as Executive Director of the Texas Commission on Environmental Quality; and the Texas Commission on Environmental Quality v. Harrison County, Texas

Court of Appeals No. 15-24-00014-CV
Trial Court No. D-1-GN-17-002026

The Court of Appeals entered the following judgment or order:

This cause, an appeal from the judgment in favor of appellants, Richard A. Hyde, P.E., in his official capacity as Executive Director of the Texas Commission on Environmental Quality, and the Texas Commission on Environmental Quality, signed, October 16, 2023, was heard on the appellate record. We have inspected the record and find error in the district court's judgment. We therefore order the judgment of the court below **REVERSED** and **RENDER** judgment affirming the Commission's Order.

We further order that all costs incurred by reason of this appeal be paid by appellee, Harrison County, Texas.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**BY ORDER** of the Fifteenth Court of Appeals, with the Seal thereof annexed, at the City of Austin, Texas, this August 21, 2025.

CHRISTOPHER A. PRINE, CLERK